UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
                                      :
ANTAYA CALDER, on behalf of           :
herself and all others similarly      :
situated,                             :
                                      :
                    Plaintiff,        :           **ORDER**
                                      :
    - against -                       :
                                      :           11-CV-5965 (ER)
GC SERVICES LIMITED PARTNERSHIP,      :
                                      :
                    Defendant.        :
                                      :
-------------------------------------x

Ramos, D.J.

It having been reported to this Court that this case has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

   SO ORDERED.

Dated:   January 4, 2010
         White Plains, New York

                                          _____
                                          Edgardo Ramos, U.S.D.J.